JS-6

1   Steven J. Corr (CA Bar No. 216243)
    sjcorr@JonesDay.com
2   JONES DAY
    555 South Flower Street
3   Fiftieth Floor
    Los Angeles, CA 90071
4   Telephone:  +1.213.243.2327
    Facsimile:   +1.213.243.2539
5
    Ryan B. McCrum (*pro hac vice* pending)
6   rbmccrum@JonesDay.com
    John C. Evans (*pro hac vice* pending)
7   jcevans@JonesDay.com
    JONES DAY
8   North Point
    901 Lakeside Avenue
9   Cleveland, OH  44114
    Telephone:  +1.216.586.3939
10  Facsimile:   +1.216.579.0212

11  Attorneys for Plaintiff
    STRIX LIMITED
12
                UNITED STATES DISTRICT COURT
13              CENTRAL DISTRICT OF CALIFORNIA

14
    STRIX LIMITED,                    Case No. CV 16-2957-GW(AFMx)
15
16                 Plaintiff,         **ORDER DISMISSING WITH
                                      PREJUDICE**
17        v.

18
19  TOPNET, INC. d/b/a OVENTE; and
    AMAZON.COM, INC.
20
21                 Defendants.

22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed that all of Plaintiff Strix Limited's ("Strix's") claims against Defendants TopNet, Inc. d/b/a Ovente ("Ovente") and Amazon.com, Inc. ("Amazon") in the above-captioned Litigation, are dismissed with prejudice, each side to bear its own attorneys' fees and costs.

SO ORDERED, this 19th day of July, 2016

_____
Hon. George H. Wu
United States District Judge

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE

JOINTLY SUBMITTED BY

STRIX LIMITED

TOPNET, INC d/b/a OVENTE,
AMAZON.COM, INC.

/s/ *Steven J. Corr*

Steven J. Corr (CA Bar No. 216243)
sjcorr@JonesDay.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Telephone:  +1.213.243.2327
Facsimile:   +1.213.243.2539

Ryan B. McCrum (*pro hac vice*)
rbmccrum@JonesDay.com
John C. Evans (*pro hac vice*)
jcevans@JonesDay.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH  44114
Telephone:  +1.216.586.3939
Facsimile:   +1.216.579.0212

*Attorneys for Plaintiff*
*STRIX LIMITED*

/s/  *Daniel R. Foster*

Daniel R. Foster (CA Bar No. 179753)
McDermott Will & Emery LLP
4 Park Plaza
Suite 1700
Irvine, CA 92614-2559
Telephone:  +1.949.757.7103
Facsimile:   +1.949.851.9348

Marc E. Brown (CA Bar No. 89463)
McDermott Will & Emery LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067-3218
Telephone:  +1.310.788.1569
Facsimile:   +1.310.277.4730

*Attorneys for Defendant*
*TOPNET, INC. d/b/a OVENTE,*
*AMAZON.COM, INC.*

**ATTESTATION**

Pursuant to Central District of California Local Rule 5-4.3.4, I attest that all of the signatories listed on this signature page, and on whose behalf this filing is submitted, have authorized the filing.

Dated:        July 18, 2016                    JONES DAY

By: */s/ Steven J. Corr*
Steven J. Corr

Attorneys for Plaintiff
STRIX LIMITED

1  NAI-1501563100
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE